**EXHIBIT W**

|  | **GRANTED** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *signature*<br>**Jonathan Pototsky**<br>**County Court Judge**<br>DATE OF ORDER INDICATED ON ATTACHMENT |
|---|---|---|---|

| | EFILED Document |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Pitkin County Courthouse<br>506 East Main Street, Suite 300<br>Aspen, Colorado 81611 | CO Pitkin County District Court 9th JD<br>Filing Date: Feb 10 2012 11:57AM MST<br>Filing ID: 42444520<br>Review Clerk: Vicky Spaulding-Goddard |
| **Plaintiffs:**<br>DAVID A. BOVINO P.C., dba LAW OFFICES OF BOVINO & ASSOCIATES, a Colorado corporation, and DAVID A. BOVINO, an individual<br>v.<br>**Defendants:**<br>PATRICIA A. MacMILLAN, an individual, and DOES 1-15, inclusive | ▲ COURT USE ONLY ▲<br><br>Case Number: 2011CV116<br>Division: 3 |
| **ORDER ON UNOPPOSED MOTION TO AMEND COMPLAINT PURSUANT TO C.R.C.P. 15(a)** | |

This matter is before the Court on the Unopposed Motion to Amend Complaint Pursuant to C.R.C.P. 15(a) filed February 2, 2012, by Plaintiffs David A. Bovino P.C., dba Law Offices of Bovino & Associates, and David A. Bovino ("Plaintiffs' Motion"). The Court has reviewed the same and is fully advised in the premises thereof.

The Court HEREBY GRANTS Plaintiffs' Motion. The Second Amended Complaint filed as an attachment to Plaintiffs' Motion is deemed filed as of the date of this Order.

Honorable James B. Boyd, Judge
Pitkin County District Court

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **File & Serve Transaction ID:** | 42308480 |
| **Current Date:** | Feb 10, 2012 |
| **Case Number:** | 2011CV116 |
| **Case Name:** | DAVID A BOVINO PC DBA LAW OFFICES OF BOV et al vs. MACMILLAN, PATRICIA A |

/s/ **Judge Jonathan B Pototsky**