**EXHIBIT B**



**Granted** | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



—————————————
**James B. Boyd**
**District Court Judge**
Date of Order attached

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Jan 25 2012 1:24PM MST
Filing ID: 42126629
Review Clerk: Vicky Spaulding-Goddard

DISTRICT COURT, PITKIN COUNTY, COLORADO
506 E. Main Street
Aspen, CO 81611

**PLAINTIFFS:** DAVID A. BOVINO P.C., d/b/a LAW OFFICES OF BOVINO & ASSOCIATES, a Colorado corporation; DAVID A. BOVINO, an individual; and ANDREW C. MACMILLAN, an individual

**DEFENDANTS:** PATRICIA A. MACMILLAN, an individual; and DOES 1-15 INCLUSIVE

▲COURT USE ONLY▲

—————————————

Case No. 11 CV 116

**ORDER RE: MOTION TO DISMISS ANDREW C. MACMILLAN AS PLAINTIFF**

THIS MATTER came before the Court upon Defendant's Motion to Dismiss Andrew C. MacMillan as Plaintiff. The Court, being duly advised, GRANTS the motion and hereby dismisses the claims of Andrew C. MacMillan against Patricia A. MacMillan in her individual capacity without prejudice. Mr. MacMillan shall be removed as a party from the above-entitled action.

SO ORDERED this _____ day of _____, 2012.

BY THE COURT

————————————————————————
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | James B Boyd |
| **Current Date:** | Jan 25, 2012 |
| **Case Number:** | 2011CV116 |

**/s/ Judge James B Boyd**