**EXHIBIT L**

 **Granted** The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



James B. Boyd
District Court Judge
Date of Order attached

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Jun 30 2011 6:04PM MDT
Filing ID: 38464988
Review Clerk: Vicky Spaulding-Goddard

| | |
|---|---|
| **DISTRICT COURT, PITKIN COUNTY, COLORADO**<br><br>506 East Main Street<br>Aspen, Colorado 81611<br><br>**Plaintiff:** DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado Corporation; DAVID A. BOVINO, an individual; and ANDREW C. MACMILLAN, an individual<br><br>v.<br><br>**Defendant:** PATRICIA A. MACMILLAN, an individual; and DOES 1-15, inclusive<br><br>David L. Lenyo, A.R. #14178<br>Avery A. Simpson, A.R. #42732<br>Garfield & Hecht, P.C.<br>601 East Hyman Avenue<br>Aspen, Colorado 81611<br>Telephone: (970) 925-1936<br>Facsimile: (970) 925-3008<br>e-mail: chagen@garfieldhecht.com<br>    asimpson@garfieldhecht.com | ▲ **COURT USE ONLY** ▲<br><br>Case Number: 11 CV 116<br><br>Div: 3 |
| **[PROPOSED] ORDER GRANTING SECOND <u>UNOPPOSED</u> MOTION FOR ENLARGMENT OF TIME TO RESPOND TO PLAINTIFFS' VERIFIED MOTIONS FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL** | |

This matter has come before the Court on Defendant Patricia A. MacMillan's ("Defendant MacMillan") Second Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Verified Motions for Special Admission of Out-of-State Counsel ("Unopposed Motion"). The Court, having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, states as follows:

IT IS HEREBY ORDERED:

Defendant MacMillan's Unopposed Motion is hereby granted. Defendant MacMillan shall have up to and including Friday, July 8, 2011, to respond to Plaintiffs' Verified Motions for Special Admission of Out-of-State Counsel.

Pitkin County District Court Case No. 11 CV 116
*Bovino P.C., et al. v. MacMillan, et al.*
[PROPOSED] ORDER GRANTING SECOND <u>UNOPPOSED</u> MOTION FOR ENLARGMENT OF TIME TO RESPOND TO PLAINTIFFS' VERIFIED MOTIONS FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL
Page **2** of **2**

Dated: June ___, 2011

                                                     _____
                                                     Pitkin County District Court Judge

694597-1

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | James B Boyd |
| **Current Date:** | Jun 30, 2011 |
| **Case Number:** | 2011CV116 |
| **Case Name:** | DAVID A BOVINO PC DBA LAW OFFICES OF BOV et al vs. MACMILLAN, PATRICIA A |

**/s/ Judge James B Boyd**