**EXHIBIT N**



**Granted**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



James B. Boyd
**District Court Judge**
Date of Order attached
EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Jun 30 2011 6:04PM MDT
Filing ID: 38464988
Review Clerk: Vicky Spaulding-Goddard

---

**DISTRICT COURT, PITKIN COUNTY, COLORADO**

506 East Main Street
Aspen, Colorado 81611

**Plaintiff:** DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado Corporation; DAVID A. BOVINO, an individual; and ANDREW C. MACMILLAN, an individual

v.

**Defendant:** PATRICIA A. MACMILLAN, an individual; and DOES 1-15, inclusive

David L. Lenyo, A.R. #14178
Avery A. Simpson, A.R. #42732
Garfield & Hecht, P.C.
601 East Hyman Avenue
Aspen, Colorado 81611
Telephone: (970) 925-1936
Facsimile: (970) 925-3008
e-mail: chagen@garfieldhecht.com
asimpson@garfieldhecht.com

▲ COURT USE ONLY ▲

Case Number: 11 CV 116

Div: 3

---

**[PROPOSED] ORDER GRANTING SECOND <u>UNOPPOSED</u> MOTION FOR ENLARGMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE**

---

This matter has come before the Court on Defendant Patricia A. MacMillan's ("Defendant MacMillan") Second Unopposed Motion for Enlargement of Time to File Answer or Other Response ("Unopposed Motion"). The Court, having reviewed the Unopposed Motion, and being otherwise fully advised in the premises, states as follows:

IT IS HEREBY ORDERED:

Defendant MacMillan's Unopposed Motion is hereby granted. Defendant MacMillan shall have up to and including Friday, July 8, 2011, to file an Answer or otherwise respond to the Complaint.

Dated: June ___, 2011

Pitkin County District Court Case No. 11 CV 116
*Bovino P.C., et al. v. MacMillan, et al.*
[PROPOSED] ORDER GRANTING SECOND <u>UNOPPOSED</u> MOTION FOR ENLARGMENT OF TIME TO
FILE ANSWER OR OTHER RESPONSE
Page **2** of **2**

_____

Pitkin County District Court Judge

694501-1

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | James B Boyd |
| **Current Date:** | Jun 30, 2011 |
| **Case Number:** | 2011CV116 |
| **Case Name:** | DAVID A BOVINO PC DBA LAW OFFICES OF BOV et al vs. MACMILLAN, PATRICIA A |

/s/ Judge James B Boyd