**EXHIBIT R**

 **Granted** — The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



James B. Boyd
District Court Judge
Date of Order attached

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Jul 23 2011 11:41AM MDT
Filing ID: 38853758
Review Clerk: Vicky Spaulding-Goddard

DISTRICT COURT, PITKIN COUNTY, COLORADO
Court Address: 506 East Main Street
Aspen, Colorado 81611
(970) 925-7635

**Plaintiffs:**

DAVID A. BOVINO P.C., dba LAW OFFICES OF BOVINO & ASSOCIATES, a Colorado corporation, DAVID A. BOVINO, an individual, and ANDREW C. MACMILLAN, an individual,

v.

**Defendants:**

PATRICIA A. MACMILLAN, an individual, and DOES 1-15, inclusive.

Δ COURT USE ONLY Δ

David A. Bovino, Esq.
Law Offices of Bovino & Associates
205 S. Mill St, Suite 301-B (until 5/31/11)
600 E. Hopkins, Suite 301 (after 5/31/11)
Aspen, CO 81612
Phone - (970) 925-4445
Fax - (970) 925-5333
David@BovinoLaw.com    Atty. Reg. #: 40730
*Attorneys for Plaintiffs*

Case No: 2011 CV 116

Division:        Courtroom:

**ORDER ON PLAINTIFF'S VERIFIED MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL**

For good cause shown, IT IS SO ORDERED. The application pro hac vice of Marcy Railsback, Esq. is hereby GRANTED and this ORDER shall be filed forthwith.

IT IS SO ORDERED:

Dated: _____, 2011

_____
Honorable