**EXHIBIT S**



**Granted**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

_James B. Boyd_
**James B. Boyd**
**District Court Judge**
Date of Order attached

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Jul 23 2011 11:42AM MDT
Filing ID: 38853759
Review Clerk: Vicky Spaulding-Goddard

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Court Address:  506 East Main Street<br>Aspen, Colorado 81611<br>(970) 925-7635<br><br>**Plaintiffs:**<br><br>**DAVID A. BOVINO P.C., dba LAW OFFICES OF BOVINO & ASSOCIATES**, a Colorado corporation, **DAVID A. BOVINO**, an individual, and **ANDREW C. MACMILLAN**, an individual,<br><br>v.<br><br>**Defendants:**<br><br>**PATRICIA A. MACMILLAN**, an individual, and **DOES 1-15**, inclusive. | ∆  COURT USE ONLY  ∆ |
| David A. Bovino, Esq.<br>Law Offices of Bovino & Associates<br>205 S. Mill St, Suite 301-B (until 5/31/11)<br>600 E. Hopkins, Suite 301 (after 5/31/11)<br>Aspen, CO 81612<br>Phone - (970) 925-4445<br>Fax - (970) 925-5333<br>David@BovinoLaw.com            Atty. Reg. #:  40730<br>*Attorneys for Plaintiffs* | Case No:  2011 CV 116<br><br><br>Division:         Courtroom: |
| **ORDER ON PLAINTIFF'S VERIFIED MOTION FOR SPECIAL ADMISSION OF OUT-OF-STATE COUNSEL** | |

For good cause shown, IT IS SO ORDERED.  The application pro hac vice of Nancy E. Gray, Esq. is hereby GRANTED and this ORDER shall be filed forthwith.

IT IS SO ORDERED:

Dated: _____, 2011

_____
Honorable