**EXHIBIT T**



**GRANTED**

**The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.**

**Jonathan Pototsky**
**County Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Pitkin County District Court 9th JD**
**Filing Date: Oct 4 2011 12:06PM MDT**
**Filing ID: 40175029**
**Review Clerk: Vicky Spaulding-Goddard**

| | |
|---|---|
| Court Address: 506 East Main Street<br>Aspen, Colorado 81611<br>(970) 925-7635 | |
| **Plaintiffs:**<br><br>**DAVID A. BOVINO P.C., d/b/a THE LAW OFFICES OF BOVINO & ASSOCIATES, a Colorado corporation, DAVID A. BOVINO, an individual, and ANDREW C. MacMILLAN, an individual,**<br><br>**v.**<br><br>**Defendants:**<br><br>**PATRICIA A. MacMILLAN, an individual, and DOES 1-15, inclusive.** | Δ COURT USE ONLY Δ |
| | Case No:<br>2011CV116<br><br>Division: Courtroom: |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR COURT TO APPOINT GUARDIAN AD LITEM ON BEHALF OF ANDREW MACMILLAN**

THIS MATTER comes before the Court on the BovinoLaw Unopposed Motion for Extension of Time to File Reply in Support of Motion for Court to Appoint Guardian ad Litem. The Court, having reviewed the Motion and being fully advised in the premises, HEREBY GRANTS said Motion.

Accordingly, the Law Offices of Bovino & Associates, P.C., shall file its Reply on or before October 10, 2011.

ORDERED this ___ day of ___________________, 2011.

BY THE COURT:

______________________________
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Pitkin County District Court 9th JD

**File & Serve Transaction ID:** 40059963

**Current Date:** Oct 04, 2011

**Case Number:** 2011CV116

**Case Name:** DAVID A BOVINO PC DBA LAW OFFICES OF BOV et al vs. MACMILLAN, PATRICIA A

**/s/ Judge Jonathan B Pototsky**