**EXHIBIT V**



**Granted in Part**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

James B. Boyd
District Court Judge
Date of Order attached

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Nov 10 2011 11:04AM MST
Filing ID: 40829966
Review Clerk: Vicky Spaulding-Goddard

| District Court, Pitkin County, Colorado<br>Court Address:<br>506 East Main Street<br>Aspen, Colorado 81611 | |
|---|---|
| **Plaintiffs:**<br><br>DAVID A. BOVINO P.C., d/b/a LAW OFFICES OF BOVINO & ASSOCIATES, a Colorado corporation, DAVID A. BOVINO, an individual and ANDREW C. MACMILLIAN, an individual,<br><br>v.<br><br>**Defendants:**<br><br>PATRICIA A. MACMILLIAN, an individual, and DOES 1-15, inclusive. | ▲ COURT USE ONLY ▲ |
| Lori C. Hulbert #34045<br>Spencer Crona #18754<br>Brown and Hulbert, LLC<br>7900 E. Union Ave., Suite 1012<br>Denver, CO 80237<br>Tel: (303) 531-1230<br>Fax: (303) 531-1231<br>E-Mail: lhulbert@brownandhulbert.com | Case Number:<br>2011CV116<br><br><br>Division       Courtroom |
| **ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR ANDREW MACMILLAN, APPOINTMENT OF GUARDIAN AD LITEM ON BEHALF OF ANDREW MACMILLAN** | |

THIS COURT, having reviewed the Motion to Withdraw As Counsel of Record For Andrew MacMillan and Appointment of Guardian Ad Litem on Behalf of Andrew MacMillan, having reviewed the file and being otherwise fully advised in the premises, does hereby GRANT the Motion and allows the Law Offices of Bovino and Associates to withdraw as counsel of record for Andrew MacMillan.

THE COURT FURTHER ORDERS the appointment of:

_____ Tom Rodriguez

_____ Melissa Schwartz

_____ Court-appointed Guardian Ad Litem

1

2

SIGNED AND ENTERED this \_\_\_\_\_ day of _____, 2011.

_____
District Court Judge

2

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer**
  **Comments:**

The withdrawal of counsel is granted as requested. The request for appointment of a guardian ad litem is denied for the reasons stated in the court's ruling from the bench. The denial is without prejudice to a future request under rule of procedure 17 if the Florida Guardian ad litem does not participate in this case.