IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado corporation, and
DAVID A. BOVINO, an individual,

      Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 27, 2012.**

The Joint Motion for Entry of Stipulated Protective Order [filed April 26, 2012; docket #29] is **granted**. The proposed Stipulated Protective Order is accepted, issued and filed contemporaneously with this minute order.