IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00551-PAB-MEH | Date:   September 6, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| DAVID A. BOVINO, P.C., and<br>DAVID A. BOVINO,<br><br>         Plaintiffs,<br><br>vs.<br><br>PATRICIA A. MACMILLAN and<br>CHRISTINA MACMILLAN,<br><br>         Defendants. | Tucker Trautman<br><br><br><br><br><br>David Lenyo<br>Roger Thomasch |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

**Court in session:        10:06 a.m.**

Court calls case.  Appearances of counsel.  Present by telephone:  John (Jack) Seiler, *Guardian Ad Litem* for Andrew MacMillan, a witness in this case.

Argument and discussion regarding the Joint Motion to (1) Determine Whether Any Attorney-Client Privilege Between the Plaintiffs and Andrew MacMillan has been Waived and (2) Modify Certain Deadlines Contained in the Scheduling Order Dated April 26, 2012 (Doc. #35, filed 8/22/12).

**ORDERED:**  1.  For reasons stated on the record, the Joint Motion to (1) Determine Whether Any Attorney-Client Privilege Between the Plaintiffs and Andrew MacMillan has been Waived and (2) Modify Certain Deadlines Contained in the Scheduling Order Dated April 26, 2012 (Doc. #35, filed 8/22/12) **is granted but held in abeyance as to production of Bovino/MacMillan files**, pending the filing of a motion to reconsider on behalf of the *Guardian Ad Litem*.  Mr. Seiler may file a motion to reconsider within 10 business days of receipt of the files.  Plaintiffs may receive reasonable costs for the production of the files.

2.  The following hearings are reset and deadlines extended:

- Final Pretrial Conference:   **July 8, 2013, at 9:30 a.m.**
(In addition to filing a PDF copy with the Clerk of the Court,

>counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at [Hegarty_Chambers@cod.uscourts.gov](mailto:Hegarty_Chambers@cod.uscourts.gov) **one week prior to the conference.**)

- Initial expert disclosures: **January 25, 2013**
- Rebuttal expert disclosures: **February 22, 2013**
- Discovery: **April 10, 2013**
- Dispositive motions: **May 10, 2013**

**Court in recess:**   10:37 a.m.  (Hearing concluded)
**Total time in court:**  0:31