IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado corporation, and
DAVID A. BOVINO, an individual,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 22, 2013.**

    The Joint Motion to Modify Certain Scheduling Order Deadlines [filed May 20, 2013; docket #47] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Expert disclosures: | **June 24, 2013** |
| Rebuttal expert disclosures: | **August 21, 2013** |
| Discovery cutoff: | **August 22, 2013** |

All other deadlines remain in effect.