IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00551-PAB-MEH | Date: September 26, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DAVID A. BOVINO, P.C., and<br>DAVID A. BOVINO, | Tucker Trautman<br>Patrick Hall |
| Plaintiffs, | |
| vs. | |
| PATRICIA A. MACMILLAN and<br>CHRISTINA MACMILLAN, | (No appearance)<br>Roger Thomasch |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   3:03 p.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiffs' Motion to Compel Production of Documents (Doc. 73, filed 8/9/13).

Discussion held regarding Defendant Patricia MacMillan's absence from this hearing and Plaintiffs' counsel's contact with her.   The Court attempts to contact Defendant Patricia MacMillan by telephone and is not successful in reaching her.   The Court finds that notice of this hearing was mailed to Ms. MacMillan's only address on file with the Court and will proceed in her absence.

Further argument and discussion held regarding Plaintiffs' Motion to Compel Production of Documents (Doc. 73, filed 8/9/13).   Discussion held regarding resetting deadlines and hearings.

**ORDERED:**   1.   For reasons stated on the record, Plaintiffs' Motion to Compel Production of Documents (Doc. 73, filed 8/9/13) is GRANTED in part and DENIED in part.   Counsel are directed to prepare a proposed Order for the Court's signature, consistent with the ruling stated on the record.

2.	Discovery deadline extended to **November 22, 2013;** Discovery deadline extended to **December 20, 2013;** Final Pretrial Conference RESET for **January 21, 2014, at 10:00 a.m.**

By separate order, the Court will issue an Order to Show Cause, returnable by Defendant Patricia MacMillan, for her failure to appear at today's hearing.

**Court in recess:**	3:52 a.m.	(**Hearing concluded**)
**Total time in court:**  0:49

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.