IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., dba Law Offices of Bovino & Associates, and
DAVID A. BOVINO,

      Plaintiffs

v.

PATRICIA A. MACMILLAN, and
CHRISTINA MACMILLAN,

      Defendants

---

## ORDER ON PLAINTIFFS' MOTION
## TO COMPEL PRODUCTION OF DOCUMENTS

---

THIS COURT, having heard argument on and reviewed the papers filed in connection with Plaintiffs David A. Bovino P.C., dba Law Offices of Bovino & Associates, and David A. Bovino's Motion to Compel Production of Documents (filed August 9, 2013; docket #73), and being fully advised in the premises, HEREBY ORDERS that:

1.    Plaintiffs' Motion to Compel Production of Documents is GRANTED as to Defendant Patricia MacMillan;

2.    Defendant Patricia A. MacMillan is to produce by October 11, 2013 the documents and information responsive to Plaintiffs' requests for "all documents and communications from July 22, 2010 through the present between Patricia MacMillan and any representative of UBS Trust Company, including but not limited to Jan Klein and Seane Baylor, concerning, referencing, relating to, or specifically mentioning Andrew MacMillan and/or David Bovino or Bovino Law";

3.	Defendant Patricia MacMillan may designate any document produced in response to this Order as "Confidential," pursuant to the Stipulated Protective Order (Dkt. 33), or, to the extent that a document contains highly sensitive and personal financial information, may designate the document or information as "Highly Confidential – Attorneys' Eyes Only." Documents or information designated as "Highly Confidential – Attorneys' Eyes Only" shall not be disclosed to anyone other than: (a) Outside counsel to the parties to this action, and clerical, secretarial, and paralegal staff employed by such counsel; and (b) Any outside expert or consultant and their staff retained by counsel to assist in the prosecution or defense of this action.

4.	Plaintiffs' Motion to Compel Production of Documents is denied without prejudice as to Defendant Christina MacMillan.  Plaintiffs are free to renew their Motion to Compel Production of Documents (docket #73) as to Defendant Christina MacMillan should Plaintiffs encounter information in the documents produced by Defendant Patricia MacMillan in response to this Order that Plaintiffs believe, in good faith, supports doing so.

Dated at Denver, Colorado, this 30th day of September, 2013.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge