IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-00551-PAB-MEH | Date:   January 21, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DAVID A. BOVINO, P.C., and<br>DAVID A. BOVINO,<br><br>           Plaintiffs,<br><br>v.<br><br>PATRICIA MACMILLAN and<br>CHRISTINA MACMILLAN,<br><br>           Defendants. | Christopher Gadoury<br>David Berg<br>Peter Koclanes<br><br><br><br><br>Leslie Eaton<br>Peter Thomasch |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:      10:33 a.m.**

Court calls case.   Appearances of counsel and *pro se* Defendant Patricia MacMillan.

Discussion held regarding Patricia MacMillan's appearance by telephone for today's hearing and whether she intends to continue to represent herself in this case.

Argument given and discussion held regarding Plaintiffs' Motion for Leave to File Third Amended Complaint (Doc. 116, filed 11/25/13).

**By close of business on January 22, 2014**, Mr. Berg is granted leave to file a supplement to the motion in the form of a letter from Mr. Lyons as to when he was retained for mediation purposes and how many mediation sessions were held.   Mr. Lyons may also submit his bill to the Court for *in camera* review, with copies to counsel.

**The Court takes the motion under advisement.**

**Court in recess:       12:00 p.m.   (Hearing concluded)**
**Total time in court:**  1:27

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.