IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado corporation, and
DAVID A. BOVINO, an individual,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2014**.

    The Unopposed Motion for Leave to File Limited Entry of Appearance for Purpose of Responding to Plaintiffs' Motion to Compel and for Discovery Sanctions [filed March 3. 2014; docket #136] is **granted**.  David L. Lenyo may appear on behalf of Garfield & Hecht, P.C. for the limited purpose of responding to the pending motion to compel in this case.  Mr. Lenyo shall file a response **on or before March 10, 2014**.