IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado corporation, and
DAVID A. BOVINO, an individual,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2014.**

    Defendant Patricia MacMillan's Motion for Clarification of the March 21, 2014 Minute Order, or in the Alternative, for Reconsideration of April 4, 2014 Order Requiring Personal Appearance by Patricia A. MacMillan [filed April 7, 2014; docket # 152] is **granted** as follows. The Court clarifies that all *pro se* parties, counsel representing parties, and counsel who have entered a limited appearance, must appear for the April 7, 2014 Motion Hearing.