IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-00551-PAB-MEH | Date: April 7, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| DAVID A. BOVINO, P.C., and<br>DAVID A. BOVINO, individually, | Christopher Gadoury<br>David Berg |
| Plaintiffs, | |
| vs. | |
| PATRICIA A. MACMILLAN and<br>CHRISTINA MACMILLAN, | David Lenyo<br>Roger Thomasch |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** 2:04 p.m.

Court calls case. Appearances of counsel. Defendant Patricia MacMillan is present by telephone.

Argument and discussion held regarding Plaintiffs' Motion to Compel and for Discovery Sanctions (Doc. 131, filed 2/12/14).

2:29 p.m.   Court in recess to allow Mr. Lenyo time to contact his office and have the documents in question e-mailed to the Court.

2:48 p.m.   Court in session.

Continued argument and discussion regarding the motion.

Counsel are granted leave to file cross-supplemental authority regarding whether Patricia MacMillan's written agreement to produce the documents requested is enforceable by the Court on or before **April 14, 2014.**

Patricia MacMillan is sworn and cross-examined by Mr. Gadoury.

Continued argument on the motion.

The Court advises counsel present that the attorneys for Interested Party UBS have been calling the

Court's chambers staff, inquiring whether they are required to be present for this hearing. Discussion held regarding whether the attorneys for UBS should be present for this hearing.

**ORDERED:**   The Court finds that attorneys for Interested Party UBS do not need to be present for this hearing and their presence is excused.

Continued argument on the motion.

3:51 p.m.   Off the record to allow Ms. MacMillan to speak to Mr. Lenyo in private.   The courtroom is cleared.

3:55 p.m.   On the record.   No further issues to be addressed by the parties.

Mr. Gadoury states that he withdraws the request for sanctions.

The Court takes the motion under advisement.

**Court in recess:**   3:56 p.m.   **(Hearing concluded)**
**Total time in court:**   1:29

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.