IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a Colorado corporation, and
DAVID A. BOVINO, an individual,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2014.**

    Before the Court is Plaintiffs' Motion to Compel and for Discovery Sanctions (filed February 12, 2014; docket # 131).  On April 15, 2014, the Court held a Settlement Conference in this case, at which a settlement was reached.  Therefore, Plaintiffs' motion is **denied without prejudice** as moot.