IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 12-cv-00551-PAB-MEH

DAVID A. BOVINO P.C., dba Law Offices of Bovino & Associates, and
DAVID A. BOVINO,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, and
CHRISTINA MACMILLAN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2014.**

    Having found the motion complies with D.C. Colo. LCivR 7.2, the Joint Motion to Restrict Access to Certain Portions of the Parties' Motions to Enforce Settlement Agreement [filed October 13, 2014; docket #212] is **granted**. The Clerk of the Court is directed to maintain under seal at Restriction Level 1 the documents located at docket ##197 and 199 until further order of the Court, to terminate the motion status of #197 (*see* docket #200) and to file the redacted version of Plaintiffs' Motion to Enforce, located at docket #212-1, as a pending motion.