IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00551-PAB-CBS

DAVID A. BOVINO P.C., d/b/a Law Offices of Bovino & Associates, a
Colorado corporation, and
DAVID A. BOVINO, an individual,

    Plaintiffs,

v.

PATRICIA A. MACMILLAN, an individual, and
CHRISTINA MACMILLAN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Status Report [Docket No. 264] filed by the parties and the Motion to Consolidate Actions or, Alternatively, to Transfer Related Cases [Docket No. 141] filed by plaintiffs.

    The status report states that the parties and non-party UBS Trust Company, N.A. are making substantial progress in their attempts to reach a settlement. The parties represent that they continue to work to resolve outstanding issues so as to be in a position to file dismissal papers in this case and the related case, which is the subject of plaintiffs' motion to consolidate. Based on the representations contained in the status report and the discussions that took place during the January 23, 2015 and February 6, 2015 status conferences before the Court, the Court finds that it would be inappropriate to resolve plaintiffs' motion to consolidate at this time. It is therefore

    **ORDERED** that plaintiffs' Motion to Consolidate Actions or, Alternatively, to Transfer Related Cases [Docket No. 141] is **DENIED** without prejudice to refile.

    DATED March 26, 2015.